UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BCW Diversified, Inc. | ) |
|       Plaintiff, | ) |
| v. | ) Cause No. 24-cv-1699 |
| Ultra Pro International, LLC | ) |
|       Defendant(s). | ) |

## ULTRA PRO INTERNATIONAL, LLC'S MOTION TO DISMISS AND/OR TRANSFER

Defendant Ultra Pro International, LLC seeks an order from the court dismissing the current action and/or transferring this case to the Central District of California for consolidation with the action *Ultra Pro International, LLC v. BCW Diversified, Inc.*, 24-cv-8467.

A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this December 30, 2024

Respectfully submitted,

By: /s/ Kevin Keener
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com