UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| BCW Diversified, Inc. | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 24-cv-1699 |
| Ultra Pro International, LLC | ) ) ) | |
| Defendant(s). | ) | |

### DECLARATION OF KEVIN J. KEENER

I, Kevin J. Keener, of Chicago, Illinois, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth herein. I make this declaration in support of Ultra Pro International, LLC's Motion to Dismiss and/or Transfer and, if called as a witness, I could and would competently testify as follows:

2. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois, the United States District Court for the Northern District of Illinois, and have been admitted *pro hac vice* to represent the Defendant in this matter.

3. A true and accurate copy of Ultra Pro International, LLC's complaint against BCW Diversified, Inc., filed in the Northern District of Illinois and assigned case number 24-cv-4725 attached hereto as Exhibit 1.

4. Ultra Pro International, LLC voluntarily dismissed its complaint in the Northern District of Illinois without prejudice pursuant to Fed. R. Civ. P. Rule 41 on September 26, 2024.

5. The Northern District of Illinois terminated the case on September 27, 2024.

6. A true and accurate copy of Ultra Pro International, LLC's complaint against

BCW Diversified, Inc., filed in the Central District of California and assigned case number 24-cv-8467 attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 30th day of December 2024.

                                                                    /s/ Kevin J. Keener
                                                                    Kevin J. Keener