UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| BCW Diversified, Inc., | Case No. 24-CV-1699 |
|---|---|
| Plaintiff, | **Joint Report on the Status of Discovery** |
| v. | |
| Ultra Pro International, LLC, | |
| Defendant. | |

Plaintiff BCW Diversified, Inc. ("BCW" or "Plaintiff") and Defendant Ultra PRO International, LLC ("Ultra Pro" or "Defendant") state as follows for their Joint Report on the Status of Discovery as called for in the Court's March 31, 2025 Order (dkt 39):

1. **A detailed description of all discovery completed to date.**

| Discovery | Date served | Notes |
|---|---|---|
| Pl's 26(a) Disclosures | 2025.01.28 | Completed |
| Plaintiff's First Set of Interrogatories | 2025.01.28 | Responses were due 2025.02.27 |
| Plaintiffs first set of requests to produce | 2025.01.28 | Responses were due 2025.02.27 |
| Ultra Pro's Objections to Interrogatories | 2025.02.28 | Comprised solely of objections; no substantive responses; unverified. |
| Ultra Pro's Responses to Production requests | 2025.02.28 | Comprised solely of objections and expressions of intent to produce records in the future; no documents produced. |

| Discovery | Date served | Notes |
| --- | --- | --- |
| Ultra Pro's revised Responses to Interrogatories | 2025.03.06 | Revised version of prior responses with addition of substantive responses and verification. |
| Deposition Notice for Joe Walling of Ultra Pro | 2025.03.06 | Scheduled for April 7, 2025<br>Cancelled due to incomplete production by Ultra Pro; awaiting rescheduling once production verified as complete |
| Deposition Notice for Enrique Ruvalcaba of Ultra Pro | 2025.03.06 | Scheduled for April 8, 2025<br>Cancelled due to incomplete production by Ultra Pro; awaiting rescheduling once production verified as complete |
| Deposition Notice for Justin Cole of Ultra Pro | 2025.03.06 | Scheduled for April 9, 2025<br>Cancelled due to incomplete production by Ultra Pro; awaiting rescheduling once production verified as complete |
| Deposition Notice for Frank Whittaker of Ultra Pro | 2025.03.06 | Scheduled for April 10, 2025<br>Cancelled due to incomplete production by Ultra Pro; awaiting rescheduling once production verified as complete |
| Ultra Pro's 1st production of docs | 2025.03.26 | Bates UP_000001-UP_002917<br><br>(First installment of "rolling" production) |
| Ultra Pro's 2nd production of docs | 2025.04.17 | Bates UP_2918-18339<br><br>(Second installment of "rolling" production) |
| Ultra Pro's 3rd and final production of docs | To be served no later than May 30 by agreement | Expected to be comprised of approx. 200,000 emails in .msg and PDF formats, as well as other due diligence records pertaining to the subject marks from a variety of Ultra Pro custodians<br>(Kevin Keener for Ultra Pro responsible) |
| Ultra Pro's First Set of Document Requests to BCW | 2025.04.30 | Responses due May 30<br>(BCW counsel responsible) |
| Ultra Pro's First Set of Document Requests to BCW | 2025.04.30 | Responses due May 30<br>(BCW counsel responsible) |

2. **A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any depositions, and the identity of the counsel responsible for completing such discovery.**

- Ultra Pro's 3rd and final production of documents is to be served no later than May 30 by agreement (Kevin Keener for Ultra Pro is responsible for this);

- BCW's responses to Ultra Pro's First Set of Document Requests and Interrogatories are due by May 30 (BCW's counsel is responsible for this); and

- BCW intends to re-notice the four depositions that were canceled starting in mid-June if Ultra Pro verifies that it meets the May 30 deadline and verifies that its production is completed by that date (BCW's counsel is responsible for this).

  3. **A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.**

- None provided that Ultra Pro actually completes it document production by May 30 as represented.

  4. **A detailed description of all discovery that is planned to be completed within the 28- day period following the report, including the identity of the counsel responsible for completing such discovery.**

- See text in red within the chart above

  5. **A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.**

| Remaining Discovery | Target deadline | Counsel responsible |
|---|---|---|
| Ultra Pro to complete production of records to BCW | May 30, 2025 | Kevin Keener for Ultra Pro |
| Answer BCW interrogatories and requests to produce | May-June, 2025 | BCW's counsel |
| Depositions of Ultra Pro personnel and third parties | June-Sept., 2025 | BCW's counsel |
| Depositions of BCW personnel and third parties | July-Oct., 2025 | Kevin Keener for Ultra Pro |

| Remaining Discovery | Target deadline | Counsel responsible |
|---|---|---|
| Plaintiff discloses its liability experts under Fed. R. Civ. P. 26(a)(2)(B) or (C) | Sept. 30, 2025 (per case management plan) | BCW's counsel |
| Defendant discloses its liability experts under Fed. R. Civ. P. 26(a)(2)(B) or (C) | Oct. 30, 2025 (per case management plan) | Kevin Keener for Ultra Pro |
| Complete liability related discovery (fact and expert) | December 30, 2025 (per case management plan) | All |
| Defendant discloses its damages experts under Fed. R. Civ. P. 26(a)(2)(B) or (C) | Jan. 9, 2026 (per case management plan) | Kevin Keener for Ultra Pro |
| Plaintiff discloses its damages experts under Fed. R. Civ. P. 26(a)(2)(B) or (C) | Feb. 9, 2026 (per case management plan) | BCW's counsel |
| Complete all remaining discovery (fact and expert) | April 15, 2026 (per case management plan) | All |

6. **Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any further delays in the completion of discovery in this matter.**

- BCW believes that, since the deadline to amend the pleadings and thereby add a counterclaim expired on April 25 without any counterclaim being filed, this case's scope is limited to that set forth in the Complaint for Declaratory Judgment.

- Ultra Pro has pending claims against BCW in the Central District of California. Should the Central District of California grant BCW's pending motion to dismiss and/or transfer to Indiana, Ultra Pro will seek leave to file its counterclaims in this action. Should the Central District deny BCW's motion, Ultra Pro intends to refile its motion to transfer this case to the Central District of California.

WHEREFORE, the parties request an Order providing that Ultra Pro is to complete its production of records no later than May 30, 2025 and certify that its production of records is complete no later than May 30, 2025, so that the previously cancelled depositions can be re-noticed for June, 2025.

**Plaintiff BCW Diversified, Inc., by:**

*/s/ Marc C. Gravino*
Marc C. Gravino
Joel M. Huotari
WilliamsMcCarthy, LLP
120 West State Street, Suite 400
Rockford, IL 61105-0219
Email: mgravino@wilmac.com
Email: jhuotari@wilmac.com
Phone: (815) 987-8900

Kathryn G. Kent
Gerben Perrott, PLLC
1050 Connecticut Avenue, NW Suite 500
Washington DC, DC 20036
802-498-7167
Email: kkent@gerbenlawfirm.com

**Defendant Ultra Pro International, LLC, by :**

*/s/ Kevin Keener*
Keener and Associates, P.C. 161 North Clark Street
Suite 1600
Chicago, IL 60601
773-562-5902
Email: kevin.keener@keenerlegal.com

5