UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BCW DIVERSIFIED, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-01699-MJD-RLY |
| ) | |
| ULTRA PRO INTERNATIONAL, ) | |
| ) | |
| Defendant. ) | |

**MINUTE ENTRY FOR JULY 2, 2025**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **Wednesday, July 30, 2025 at 1:00 p.m. (Eastern)** to discuss case status, the parties' proposed revisions to the case schedule, and the parties' next Supplemental Joint Report on the Status of Discovery, which is due July 28, 2025. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 8 JUL 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.