UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BCW Diversified, Inc. | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) )   Cause No. 24-cv-1699 |
| Ultra Pro International, LLC | ) ) ) |
| Defendant. | ) |

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Kevin Keener, of the firm Keener and Associates, P.C., files this unopposed instant motion and requests this Court grant leave to withdraw his appearance on behalf of Ultra Pro International, LLC in the instant case, pursuant to Local Rule 83-7.

Defendant Ultra Pro International, LLC has obtained replacement counsel for this matter. Replacement counsel have appearances filed in this matter.

WHEREFORE, Counsel Kevin Keener, respectfully requests this Court to grant the motion for leave to withdraw his appearance in this case.

Dated this July 28, 2025

Respectfully submitted,

By:       /s/   Kevin Keener
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
33 North Dearborn St., Suite #1000
Chicago, IL 60602
(312) 523-2164
kevin.keener@keenerlegal.com