UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| BCW Diversified, Inc., | Case No. 24-CV-1699 |
|---|---|
| Plaintiff, | |
| v. | Supplemental Joint Report on the Status of Discovery |
| Ultra PRO International, LLC, | |
| Defendant. | |

Plaintiff BCW Diversified, Inc. ("BCW" or "Plaintiff") and Defendant Ultra PRO International, LLC ("Ultra PRO" or "Defendant") state as follows for their Joint Report on the Status of Discovery as called for in the Court's March 31, 2025 Scheduling Order (dkt 39) and July 8, 2025 Minute Entry (dkt 54):

1. **A detailed description of all discovery completed in the preceding 28 days:**

| Discovery | Date served | Notes |
|---|---|---|
| Responses to Ultra PRO's First Set of Document Requests to BCW | 2025.06.30 | BCW is working with vendor to screen production for privileged docs. Production to follow written responses once screening is completed.<br><br>Ultra PRO sent correspondence on July 22, 2025, seeking confirmation that BCW will collect and produce the requested responsive documents for more than 15 requests for which it was unclear whether BCW will produce all relevant and responsive documents. Ultra PRO awaits BCW's response. |
| Responses to Ultra PRO's First Interrogatories to BCW | 2025.06.30 | Ultra PRO sent correspondence on July 22, 2025, seeking further substantive responses, and production of associated documents. It awaits BCW's response. |

1

| Discovery | Date served | Notes |
|---|---|---|
| BCW's first production of records to Ultra PRO | 2025.07.02 | BCW0000001-0001169. |

2. **A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any depositions, and the identity of the counsel responsible for completing such discovery.**

| Discovery | Due Date | Notes |
|---|---|---|
| Ultra PRO's remaining production of responsive documents | Target date for completion: End of October | Present counsel for Ultra PRO is familiarizing themselves with the over 250,000 documents already produced by Ultra PRO, and will be proposing a process to BCW for orderly discovery of email custodians and other remaining ESI. |
| BCW's production of responsive documents | Target date for completion: End of October | BCW is continuing to screen additional records for production (approximately 500,000 documents consisting of approximately 3,000,000 pages), which it anticipates it will serving on Ultra PRO on a rolling basis. The goal is to complete that production by the end of October, if not sooner. |
| Deposition Notice for Joe Walling of Ultra PRO | TBD | BCW intends to re-notice the four depositions that were previously canceled once Ultra PRO verifies that its production is completed (BCW's counsel is responsible for these deps). |
| Deposition Notice for Enrique Ruvalcaba of Ultra PRO | TBD | BCW intends to re-notice the four depositions that were previously canceled once Ultra PRO verifies that its production is completed (BCW's counsel is responsible for these deps). |
| Deposition Notice for Justin Cole of Ultra PRO | TBD | BCW intends to re-notice the four depositions that were previously canceled once Ultra PRO verifies that its production is completed (BCW's counsel is responsible for these deps). |
| Deposition Notice for Frank Whittaker of Ultra PRO | TBD | BCW intends to re-notice the four depositions that were previously canceled once Ultra PRO verifies that its production is completed (BCW's counsel is responsible for these deps). |
| Deposition of BCW witnesses | TBD | Ultra PRO intends to notice depositions of BCW witnesses to occur after BCW verifies that its production is completed (Ultra PRO's counsel is responsible for these depositions). |

3. **A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.**

None, assuming the parties can agree on a process for completing document production in a targeted and timely fashion. To date, Ultra PRO has produced over 250,000 documents, while BCW has produced 358. While not yet a dispute, for completeness Ultra PRO notes that it sent a letter on July 22nd regarding potential deficiencies in BCW's responses to interrogatories and requests for production and has asked for confirmations and/or supplements by August 1. Ultra PRO is awaiting a response from BCW regarding whether it will agree to produce documents and/or provide supplemental interrogatory responses as requested.

The parties anticipate that the revisions to the case schedule proposed herein and in the contemporaneously-filed Joint Amended Case Management Order will accommodate the additional document collection and review both sides will undertake. Ultra PRO also intends to propose an ESI Agreement that will provide for an orderly, and targeted process for the remaining electronic discovery.

4. **A detailed description of all discovery that is planned to be completed within the 28- day period following the report, including the identity of the counsel responsible for completing such discovery.**

See above chart.

5. **A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.**

| Remaining Discovery | Target deadline | Counsel responsible |
|---|---|---|
| Completion of document production from Ultra PRO | October 31, 2025 | Ultra PRO's counsel |
| Completion of document production from BCW | October 31, 2025 | BCW's counsel |

| Remaining Discovery | Target deadline | Counsel responsible |
|---|---|---|
| Depositions of Ultra PRO personnel and third parties | January 30, 2026 | BCW's counsel |
| Depositions of BCW personnel and third parties | January 30, 2026 | Ultra PRO's counsel |
| Ultra PRO discloses its experts under Fed. R. Civ. P. 26(a)(2)(B) or (C) | Current Date Per Dkt. No. 38: October 30, 2025 (liability), January 9, 2026 (damages)<br><br>Proposed Date Per Parties' Joint Amended Case Management Order: April 30, 2026 | Ultra PRO's counsel |
| BCW discloses its experts under Fed. R. Civ. P. 26(a)(2)(B) or (C) | Current Date Per Dkt. No. 38: September 30, 2025 (liability) February 9, 2026 (damages)<br><br>Proposed Date Per Parties' Joint Amended Case Management Order: June 1, 2026 | BCW's counsel |
| Complete all remaining discovery (fact and expert) | Current Date Per Dkt. No. 38: December 30, 2025 (liability) April 15, 2026 (other)<br><br>Proposed Date Per Parties' Joint Amended Case Management Order: June 15, 2026 | All |

6. **Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any further delays in the completion of discovery in this matter.**

**BCW's Position:** The settlement conference slated for July 23, 2025 was vacated by the Court and a new settlement conference has not been scheduled. (Dkt. No. 57). BCW believes that a settlement conference presents an opportunity to resolve the case globally, or at least narrow the claims at issue thereby reducing the scope of discovery required. BCW requests that the settlement conference be rescheduled promptly.

**Ultra PRO's Position:** In Ultra PRO's view, a settlement conference would be more beneficial once additional fact discovery has occurred, which will allow the parties to evaluate their positions against the evidence. Currently, because BCW has produced only 358 documents, it is nearly impossible for Ultra PRO to evaluate BCW's defenses and request for relief. Ultra PRO would thus suggest a settlement conference in early 2026, towards the end of the discovery period and before summary judgment briefing begins.

Additionally, Ultra PRO is moving for leave to amend its Answer in the present case to add counterclaims that will largely mirror the claims in the California Action (2:24-cv-08467-FLA-JPR), where BCW's Motion to Transfer to this Court is pending. 2:24-cv-08467-FLA-JPR, Dkt. 23. Ultra PRO expects that those counterclaims will have minor differences from the complaint in the California Action, namely, the addition of Ultra PRO's DECK BOX trademark, to remove Ultra PRO's claims for dilution, and provide additional factual bases for Ultra PRO's claims. Ultra PRO requested BCW's agreement that Ultra PRO may amend its Answer in this case to add its counterclaims, in exchange for Ultra PRO dismissing the California Action, and BCW agreed. Because Ultra PRO will be adding an additional trademark to the case and removing its dilution claims, BCW in turn requested Ultra PRO's agreement that it be allowed to amend its Complaint to address the additional trademark. Ultra PRO agreed.

To accommodate these amendments and obviate the need for continued dispute over the appropriate venue to hear the parties' respective claims, the parties agree that, within 14 days, BCW will file its First Amended Complaint, and within 14 days thereafter, Ultra PRO will file its First Amended Answer and Counterclaims. Because the deadline to amend the pleadings has passed, *see* Dkt. No. 38, and out of an abundance of caution, the parties are filing a joint motion for leave to amend the pleadings. The parties agree that the schedule proposed herein and in the contemporaneously-filed Joint Amended Case Management Order will accommodate these changes

to the pleadings.

Date: July 28, 2025

Respectfully submitted,

/s/ *Marc C. Gravino*

Eric James Perrott
Kathryn G. Kent
Gerben Perrott, PLLC
1050 Connecticut Ave. NW
Suite 500
Washington, DC 20036
202-579-8383
Email: eperrott@gerbenlawfirm.com
kkent@gerbenlawfirm.com

Marc C. Gravino
Joel M. Huotari
WilliamsMcCarthy LLP
120 W. State Street
Ste 400
Rockford, IL 61101
815-987-8921
Fax: 815-968-0019
Email: mgravino@wilmac.com
jhuotari@wilmac.com

*Attorneys for Plaintiff*

/s/ *Megan New*

Caitlin R. Byczko, Atty. No. 31905-49
Alyssa Hughes, Atty. No. 34645-71
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IL 46204-3535
Phone: (317) 231-7550
Fax:    (317) 713-7433
Email: cbyczko@btlaw.com
alyssa.hughes@btlaw.com

Megan New, *pro hac vice*
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Phone: (312) 357-1313
Fax:    (312) 759-5646
Email: megan.new@btlaw.com

*Attorneys for Defendant*